[No. 33795-9-II. Division Two. November 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY DIXON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01337-1, Theodore F. Spearman, J., entered September 9, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Van Deren, J.

[No. 33997-8-II. Division Two. November 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY ZORANN WEGENER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-00080-5, Robert L. Harris, J., entered October 4, 2005. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 34005-4-II. Division Two. November 14, 2006.]

*In the Matter of the Marriage of* DENISE K. BRIGHT, *Respondent*, and JAMES W. BUSSARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-03908-3, Beverly Grant, J., entered September 30, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Van Deren, J.

[No. 34258-8-II. Division Two. November 14, 2006.]

STEVEN VAN CLEVE, *Petitioner*, v. THE TOWN OF EATONVILLE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-07634-3, Serjio Armijo, J., entered December 9, 2005. *Reversed* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Penoyar, JJ.